**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS; and GH DAIRY d/b/a GH PROCESSING,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD T. SCHAFER, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE; JAMES R. DAUGHERTY, ADMINISTRATOR OF THE ARIZONA MILK MARKETING ORDER; AND UNITED STATES OF AMERICA,<br><br>Defendants. | No. CIV-08-2124-PHX-FJM<br><br>**ORDER** |

Pursuant to "Motion of United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms Company, Parker Dairy Farms, Inc. and Dairy Institute of California for Leave to File (1) an Amici Curiae Memorandum in Support of Defendant's Motion to Dismiss and (2) Declaration of Michael J. Farrell in Support of Amici Curiae Memorandum" ("Motion"), and good cause appearing therefor,

3224464v1(11855.168)

1   IT IS HEREBY ORDERED that the Motion is GRANTED; and

2   IT IS FURTHER ORDERED that the Movants are entitled to file with the
3   Court (1) an Amici Curiae Memorandum in Support of Defendant's Motion to
4   Dismiss and (2) the Declaration of Michael J. Farrell in Support of Amici Curiae
5   Memorandum, which are appended as Exhibits A and B, respectively, to the Motion.