**AIKEN SCHENK HAWKINS & RICCIARDI P.C.**
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: awr@ashrlaw.com

Alfred W. Ricciardi - 009547
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HEIN HETTINGA AND ELLEN HETTINGA d/b/a SARAH FARMS; and GH DAIRY d/b/a GH PROCESSING,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD T. SCHAFER, SECRETARY UNITED STATES DEPARTMENT OF DEPARTMENT OF AGRICULTURE; JAMES R. DAUGHERTY, ADMINISTRATOR OF THE ARIZONA MILK MARKETING ORDER; AND UNITED STATES OF AMERICA,<br><br>Defendants. | No. CV-08-2124-PHX-FJM<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiffs and defendants, by and through their undersigned counsel, hereby stipulate to dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii), <u>Federal Rules of Civil Procedure</u>.

Respectfully submitted this 2nd day of July, 2009.

                                              AIKEN SCHENK HAWKINS & RICCIARDI P.C.

                                              By <u>/s/Alfred W. Ricciardi</u>
                                                   Alfred W. Ricciardi
                                                   4742 North 24th Street, Suite 100
                                                   Phoenix, Arizona 85016

                                              ATTORNEYS FOR PLAINTIFFS

TONY WEST
ASSISTANT ATTORNEY GENERAL

JOHN R. GRIFFITHS
ASSISTANT BRANCH DIRECTOR


/S/PETER J. PHIPPS
PETER J. PHIPPS
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883
WASHINGTON, D.C. 20044

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2009, I electronically transmitted this Joint Stipulation to Dismiss Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Peter J. Phipps
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>20 Massachusetts Avenue, N.W.
>Washington, D.C. 20001
>    Attorneys for Defendants


/s/Arlene MacQuarrie

S:\SarahFarms\2320301\District Court\Pleadings\JointStiptoDismiss.doc